| | |
|---|---|
| DAN SIEGEL, (SBN 56400)<br>VYLMA L. ORTIZ, (SBN 188298)<br>SIEGEL & YEE<br>499 14th Street, Suite 220<br>Oakland, CA 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698 | CATHY L. ARIAS (SBN 141989)<br>RAYMOND A. GREEN (SBN 131510)<br>BURNHAM BROWN<br>P.O. Box 119<br>Oakland, CA 94612<br>Telephone: (510) 444-6800<br>Facsimile: (510) 835-6666 |
| Attorneys for Plaintiff<br>MARTIN SCHULTER | Attorneys for Defendants<br>BOARD OF TRUSTEES OF THE CSU, et al. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHULTER,<br><br>      Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, DR. JASON LAKER, and DOES 1 through 10, inclusive,<br>      Defendants. | Case No. C-11-03094 JSW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE ADR COMPLETION DATE TO AUGUST 31, 2012<br><br>Honorable Jeffrey S. White<br>Trial Date: February 4, 2013 |

IT IS HEREBY STIPULATED, by and between plaintiff, MARTIN SCHULTER, and defendants, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and DR. JASON LAKER, through their respective attorneys of record, that:

1. The parties agree to continue the deadline to compete ADR to August 31, 2012.

2. This continuation is necessary because plaintiff's attorney has a six week trial which began on April 24, 2012.

3. Furthermore, the agreement to a new date allows more time for depositions to be completed prior to the ADR mediation, which increases the likelihood that the matter will be resolved at that time.

4. The continuation of the ADR completion date will not prejudice either party.

5. The parties, therefore, respectfully request and stipulate that the ADR completion date of June 11, 2012, be continued to a date convenient to the Court's calendar, in late August 2012.

6. Both facsimile signatures and signatures in counterpart shall be considered as valid as an original signature for purposes of this Stipulation.

SIEGEL & YEE

Dated: May __, 2012

By: _____
Vylma L. Ortiz
Attorneys for Plaintiff

BURNHAM & BROWN

Dated: May ___, 2012

By _____
Raymond Greene
Attorneys for Defendants

**SO ORDERED**

Dated: May ___, 2012

By _____
U.S. District Judge Jeffrey S. White

Schulter v. Board of Trustees Case No. C-11-03094
Stipulation to Continue ADR Completion Date- 2

3. Furthermore, the agreement to a new date allows more time for depositions to be completed prior to the ADR mediation, which increases the likelihood that the matter will be resolved at that time.

4. The continuation of the ADR completion date will not prejudice either party.

5. The parties, therefore, respectfully request and stipulate that the ADR completion date of June 11, 2012, be continued to a date convenient to the Court's calendar, in late August 2012.

6. Both facsimile signatures and signatures in counterpart shall be considered as valid as an original signature for purposes of this Stipulation.

SIEGEL & YEE

By _____
Vylma L. Ortiz
Attorneys for Plaintiff

BURNHAM & BROWN

By _____
Raymond Greene
Attorneys for Defendants

**SO ORDERED**

Dated: May 2, 2012

By _____
United States District Judge

Schulter v. Board of Trustees Case No. CIV 11-199590
Stipulation to Continue ADR Completion Date- 2