Cathy L. Arias, State Bar No. 141989
carias@burnhambrown.com
Raymond A. Greene, III, State Bar No. 131510
rgreene@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
----
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, which is the State of California
acting in its higher education capacity (erroneously sued
as Board of Trustees of the California State University)
AND DR. JASON LAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN SCHULTER,<br><br>   Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, DR. JASON LAKER, and DOES 1 through 10, inclusive,<br><br>   Defendants. | No. C11-03094 JSW<br>*Assigned to Hon. Jeffrey S. White, Courtroom 11*<br><br>**STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE**<br><br>Trial Date:     February 4, 2013 |

///
///
///
///
///
///
///

1
STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE                          Case No. C11-03094

| | |
|---|---|
| 1 | The parties do hereby stipulate to continue the discovery cut-off from the original date of July 16, 2012 to August 10, 2012 to accommodate the rescheduling of the depositions of witnesses who were timely served with proper notice of the depositions. |

DATED: July 16, 2012

BURNHAM BROWN

_____
RAYMOND A. GREENE, III
Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California acting in its higher education capacity (erroneously sued as Board of Trustees of the California State University) AND DR. JASON LAKER

DATED: July 18, 2012

BURNHAM BROWN

_____
VYLMA ORTIZ
Attorney for Plaintiff
MARTIN SCHULTER

**APPROVED.**

DATED: July 25, 2012

_____
JUDGE OF THE DISTRICT COURT

1166388

2
STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE                Case No. C11-03094

Re:         Martin Schulter vs. Board of Trustees of CSU, et al.
Court:      U.S. District Court, Northern District of California, San Francisco Div.
Action No:  C11-03094-JSW

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 14th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On July 19, 2012, I served the following document(s) in the following manner(s):

**STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE**

☒   **E-FILE & SERVE:** By electronically transmitting the document(s) listed above with the Clerk of the U S. District Court for the Northern District of California, San Jose Division, by using the CM/ECF system  The transmission was reported as complete and without error.

| | |
|---|---|
| Dan M. Siegel, Esq.<br>Vylma L. Ortiz, Esq.<br>SIEGEL & YEE<br>499-14th Street, #220<br>Oakland, CA  94612<br>Telephone:   (510) 839-1200<br>Facsimile:   (510) 444-6698<br>Email:       danmsiegel@gmail.com<br>             Vylmalaw@gmail.com | Counsel for Plaintiff<br>MARTIN SCHULTER |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:   July 19, 2012

_Linda Andrew-Marshall_
Linda Andrew-Marshall

1081174