1 | Cathy L. Arias, State Bar No. 141989
carias@burnhambrown.com
2 | Raymond A. Greene, III, State Bar No. 131510
rgreene@burnhambrown.com
3 | BURNHAM BROWN
A Professional Law Corporation
4 | P.O. Box 119
Oakland, California 94604
5 | ---
1901 Harrison Street, 14th Floor
6 | Oakland, California 94612
Telephone:   (510) 444-6800
7 | Facsimile:   (510) 835-6666

8 | Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE CALIFORNIA
9 | STATE UNIVERSITY, which is the State of California
acting in its higher education capacity (erroneously sued
10 | as Board of Trustees of the California State University)
AND DR. JASON LAKER

11 |

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14 | MARTIN SCHULTER,

15 |     Plaintiff,

16 | v.

17 | BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY, DR.
18 | JASON LAKER, and DOES 1 through 10,
inclusive,

19 |

20 |     Defendants.

No.  C11-03094 JSW
*Assigned to Hon. Jeffrey S. White,
Courtroom 11*

**STIPULATION TO CONTINUE
EXPERT DISCLOSURE AND EXPERT
DISCOVERY CUT-OFF DATE
AND ORDER**

Trial Date:          February 4, 2013

21 |
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1    The parties do hereby stipulate to continue the deadline for disclosure of expert witnesses

2  from July 31, 2012 to August 10, 2012, and to continue the deadline for expert discovery cut-off

3  from August 10, 2012 to September 15, 2012, to accommodate the rescheduling of the

4  depositions of non-expert witnesses whose depositions are currently being completed.

5

6  DATED: July *31*, 2012                    BURNHAM BROWN

7

8                                            _____

9                                            RAYMOND A. GREENE, III
                                             Attorneys for Defendants
10                                           THE BOARD OF TRUSTEES OF THE
                                             CALIFORNIA STATE UNIVERSITY, which is
11                                           the State of California acting in its higher education
                                             capacity (erroneously sued as Board of Trustees of
12                                           the California State University) AND DR. JASON
                                             LAKER
13

14

15  DATED: July *31*, 2012                   BURNHAM BROWN

16

17                                           _____

18                                           VYLMA ORTIZ
                                             Attorney for Plaintiff
19                                           MARTIN SCHULTER

20                                           **O R D E R**

21  IT IS SO ORDERED.

22  DATED: _____August 2_____, 2012

23

24                                           _____
                                             HON. JEFFREY S. WHITE
                                             JUDGE OF THE U. S. DISTRICT COURT,
25                                           NORTHERN DISTRICT OF CALIFORNIA

26  1169698

27

28
                                             2
STIPULATION TO CONTINUE EXPERT DISCLOSURE AND EXPERT          No. C11-03094-JSW
DISCOVERY CUT-OFF DATE AND ORDER