| | |
|---|---|
| DAN SIEGEL, (SBN 56400)<br>VYLMA L. ORTIZ, (SBN 188298)<br>SIEGEL & YEE<br>499 14th Street, Suite 300<br>Oakland, CA 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698 | CATHY L. ARIAS (SBN 141989)<br>RAYMOND A. GREEN (SBN 131510)<br>BURNHAM BROWN<br>P.O. Box 119<br>Oakland, CA 94612<br>Telephone: (510) 444-6800<br>Facsimile: (510) 835-6666 |
| Attorneys for Plaintiff<br>MARTIN SCHULTER | Attorneys for Defendants<br>BOARD OF TRUSTEES OF THE CSU, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHULTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br>DR. JASON LAKER, and DOES 1 through<br>10, inclusive,<br>　　　　Defendants. | Case No. C-11-03094 JSW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE ADR COMPLETION DATE TO SEPTEMBER 30, 2012<br><br>Honorable Jeffrey S. White<br>Trial Date: February 4, 2013 |

    IT IS HEREBY STIPULATED, by and between plaintiff, MARTIN SCHULTER, and defendants, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and DR. JASON LAKER, through their respective attorneys of record, that:

1. The parties agree to continue the deadline to compete ADR to September 30, 2012.

2. This continuation is necessary because plaintiff's attorneys are presently unavailable until September 5, 2012.

---

Schulter v. Board of Trustees Case No. C-11-03094
Stipulation to Continue ADR Completion Date- 1

3. Furthermore, the agreement to continue to a new date gives the parties more time to engage in mediation and, since the depositions in this matter are now completed, will increase the likelihood that the matter can be resolved through the ADR process.

4. The continuation of the ADR completion date will not prejudice either party.

5. The parties, therefore, respectfully request and stipulate that the ADR completion date of August 31, 2012 be continued to September 30, 2012.

6. Both facsimile signatures and signatures in counterpart shall be considered as valid as an original signature for purposes of this Stipulation.

SIEGEL & YEE

Dated: August 10, 2012

By: _____
Vylnia L. Ortiz
Attorneys for Plaintiff

BURNHAM & BROWN

Dated: August 10, 2012

By _____
Raymond Greene
Attorneys for Defendants

**SO ORDERED**

Dated: August 21, 2012

By _____
U.S. District Judge Jeffrey S. White