United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN SCHULTER,

    Plaintiff,

v.

BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY, et al.,

    Defendants.

No. C 11-03094 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    The Court notes that the parties state in their joint case management statement that they have a mediation scheduled for November 13, 2012. However, the Court set deadline to complete the mediation is September 30, 2012. The parties have not moved to continue this deadline. The parties are admonished to file a stipulation and proposed order to continue this deadline if they are unable to comply with it.

    The Court FURTHER ORDERS that the Further Case Management Conference is VACATED.

    **IT IS SO ORDERED.**

Dated: October 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE