1  Cathy L. Arias, SBN 141989
   carias@burnhambrown.com
2  Raymond A. Greene, III, SBN 131510
   rgreene@burnhambrown.com
3  BURNHAM BROWN
   A Professional Law Corporation
4  P.O. Box 119
   Oakland, California 94604
5  ---
   1901 Harrison Street, 14th Floor
6  Oakland, California 94612
   Telephone:   (510) 444-6800
7  Facsimile:   (510) 835-6666

8  Attorneys for Defendants
   THE BOARD OF TRUSTEES OF THE
9  CALIFORNIA
   STATE UNIVERSITY, which is the State of
10 California acting in its higher education
   capacity (erroneously sued as Board of
11 Trustees of the California State University)
   AND DR. JASON LAKER

   Dan M. Siegel, SBN 56400
   danmsiegel@gmail.com
   Vylma L. Ortiz, SBN 188298
   Vylmalaw@gmail.com
   SIEGEL & YEE
   499 - 14th Street, Suite 220
   Oakland, CA 94612
   Telephone:   (510) 839-1200
   Facsimile:   (510) 444-6698

   Attorneys for Plaintiff
   MARTIN SCHULTER

12

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

15 | MARTIN SCHULTER,                          | No. C11-03094 JSW
16 |         Plaintiff,                        | *Assigned to Hon. Jeffrey White, Courtroom 11*
17 | vs.                                        | **STIPULATION TO CONTINUE MEDIATION DEADLINE AND ORDER**
18 | BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, DR.
19 | JASON LAKER, and DOES 1 through 10,       |
   | inclusive,                                 | Trial Date:   February 4, 2013
20 |         Defendants.                        |
21

22

23     Plaintiff MARTIN SCHULTER ("Plaintiff") and Defendants THE BOARD OF

24 TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California

25 acting in its higher education capacity (erroneously sued as Board of Trustees of the California

26 State University) and DR. JASON LAKER ("Defendants") hereby stipulate to continue the last

27 //

28 //

1  day to mediate this matter from September 30, 2012, to and including November 16, 2012.

2

3  DATED: October 17, 2012                SIEGEL & YEE

4

5                                          By_____/s/_____
                                            VYLMA ORTIZ
6                                           Attorneys for Plaintiff
                                            MARTIN SCHULTER
7

8  DATED: October 17, 2012                BURNHAM BROWN

9

10                                         By_____/s/_____
                                            RAYMOND A. GREENE, III
11                                          Attorneys for Defendants
                                            THE BOARD OF TRUSTEES OF THE
12                                          CALIFORNIA STATE UNIVERSITY, which is
                                            the State of California acting in its higher
13                                          education capacity (erroneously sued as Board of
                                            Trustees of the California State University) and
14                                          DR. JASON LAKER

15

16                                         **ORDER**

17  IT IS SO ORDERED.

18  DATED: October 22, 2012

19

20                                          _____
                                            HON. JEFFREY S. WHITE
21                                          JUDGE OF THE U. S. DISTRICT COURT,
                                            NORTHERN DISTRICT OF CALIFORNIA

22

23

24  4848-5095-8097, v. 1