DAN SIEGEL, SBN 56400
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MARTIN SHULTER

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHULTER,<br><br>    Plaintiff,<br>vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY, and<br>DR. JASON LAKER,<br><br>    Defendants. | Case No. C-11-03094 JSW<br><br>**REQUEST FOR DISMISSAL**<br><br>Case Filed: April 25, 2011 |

In light of the settlement of this matter on February 6, 2013 (Dkt. #88), plaintiff

---

*Schulter v. Board of Trustees and Dr. Jason Laker, Case No. C 11-03094 JSW*
Request for Dismissal - 1

1  Martin Schulter requests that this case be dismissed with prejudice.

2  Dated: April 19, 2013

3  SIEGEL & YEE

5  By _/s/ Dan Siegel_____
     Dan Siegel

7  Attorneys for Plaintiff
   MARTIN SCHULTER

10  SO ORDERED.

11  Dated: April  23   , 2013

    _____
    United States District Judge

---

*Schulter v. Board of Trustees and Dr. Jason Laker, Case No. C 11-03094 JSW*
Request for Dismissal - 2